CHICAGO & NORTHWESTERN RAILWAY COMPANY, Respondent, vs. ROCK COUNTY SUGAR COMPANY, Appellant.

*January 12—February 22, 1916.*

*Chicago, M. & St. P. R. Co. v. Rock Co. S. Co.,* ante, p. 374, followed.

APPEAL from a judgment of the circuit court for Rock county: GEORGE GRIMM, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Jeffris, Mouat, Oestreich & Avery,* and oral argument by *O. A. Oestreich.*

For the respondent there was a brief by *Lines, Spooner, Ellis & Quarles,* and oral argument by *Louis Quarles.*

TIMLIN, J. This action was brought to recover $848 demurrage charges accruing on local or state shipments and $411 of like charges upon interstate shipments to the defendant. This case is in all other respects like the case of *Chicago, M. & St. P. R. Co. v. Rock Co. S. Co.,* ante, p. 374, 156 N. W. 607, and is ruled thereby.

*By the Court.*—Judgment affirmed.